836

**TEXACO, INC.,**

v.

**FEDERAL POWER COMMISSION.**

No. 6889.

United States Court of Appeals
Tenth Circuit.

Dec. 21, 1961.

Alfred C. DeCrane, Jr., Houston, Tex., for petitioner.

Howard E. Wahrenbrock, Solicitor, and Ralph S. Spritzer, General Counsel, Federal Power Commission, Washington, D. C., for respondent.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Petition to review dismissed pursuant to agreement of counsel.

**WEICKER TRANSFER & STORAGE COMPANY**

v.

**Robert W. CADDES, Trustee in Bankruptcy.**

**In the Matter of CENTENNIAL TRUCK LINES, INC., a Colorado corporation, Bankrupt.**

No. 6912.

United States Court of Appeals
Tenth Circuit.

Jan. 12, 1962.

Dayton Denious, Denver, Colo., for appellant.

Alvin J. Meiklejohn, Jr., Denver, Colo., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of counsel.

**M. Eli LIVINGSTONE, Defendant, Appellant,**

v.

**FATIMA CHARITIES, INC., et al., Plaintiffs, Appellees.**

No. 5879.

United States Court of Appeals
First Circuit.

Jan. 24, 1962.

Harry Sacher, New York City, with whom Samuel Livingstone, Boston, Mass., was on brief, for appellant.

Joseph P. Rooney, Boston, Mass., with whom Ansel B. Chaplin, Boston, Mass., George Broomfield, Chestnut Hill, Mass., Dinsmore Adams, New York City, Gaston, Snow, Motley & Holt, Boston, Mass., and Turk, Marsh, Ouchterloney & Kelly, New York City, were on brief, for appellee.

Before WOODBURY, Chief Judge, and HARTIGAN and ALDRICH, Circuit Judges.

PER CURIAM.

Upon a consideration of the entire record and the briefs submitted by the parties, we believe that the result reached by the district court should be affirmed, 195 F.Supp. 933.